### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN H. GORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.   CIV-07-1165-F |
| | ) |
| C/O WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Magistrate Judge Robert E. Bacharach's Report and Recommendation of January 30, 2008 is before the court. (Doc. no. 16.) In his Report, Magistrate Judge Bacharach recommends that plaintiff's motion for order granting relief (doc. no. 13) and motion for default judgment (doc. no. 14) be denied because there is no indication in the record of service on the defendant. Plaintiff has objected to the findings and recommendations included in the Report. As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, the Report and Recommendation of Magistrate Judge Bacharach is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety, and plaintiff's motions (doc. nos. 13, 14) are **DENIED**. This order does not dispose of the issues referred to the magistrate judge. The matter remains referred to the magistrate judge for further proceedings.

Dated this 20th day of February, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1165p002.wpd