IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLENN H. GORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-07-1165-F |
| | ) | |
| C/O WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### Report and Recommendation

The Plaintiff has filed a document entitled "Motion for Refusal of Legal Services w/Brief in Support." There he seeks a "judgment" because a third-person, identified as "Mr. Fry," did not say anything about a "law library" until he came to another cell. The motion is invalid, as Mr. Gorton does not identify any conceivable reason that Mr. Fry's alleged action would support entry of a judgment against "C/O Williams." Accordingly, the Court should overrule the Plaintiff's motion.

The parties have the right to object to this report and recommendation. *See* 28 U.S.C. § 636(b)(1) (2000); W.D. Okla. LCvR 72.1. Any such objection must be filed with the Court Clerk for the United States District Court. *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999). The deadline for objections is May 5, 2008. *See* W.D. Okla. LCvR 72.1. The failure to timely object to this report and recommendation would waive one's right to appellate review of the suggested ruling. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 15th day of April, 2008.


_Robert E. Bacharach_
Robert E. Bacharach
United States Magistrate Judge