IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN H. GORTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-07-1165-F |
| C/O WILLIAMS, | ) ) ) |
| Defendant. | ) ) |

## Report and Recommendation

Mr. Glenn Gorton is incarcerated at the Lawton Correctional Facility and has filed a motion for a "protective order." Doc. 3. There he seeks a prohibition against C/O Williams' harassment, abuse, or proximity within 500 feet. Doc. 3. In effect, the motion involves a request for a temporary restraining order or preliminary injunction. C/O Williams is no longer employed with the Lawton Correctional Facility. Doc. 49, Exhibit. Thus, the Plaintiff's motion is moot and should be denied. *See Utah Animal Rights Coalition v. Salt Lake City Corp.*, 371 F.3d 1248, 1257 (10th Cir. 2004).

The parties have the right to object to this report and recommendation. *See* 28 U.S.C. § 636(b)(1) (2000); W.D. Okla. LCvR 72.1. Any such objection must be filed with the Court Clerk for the United States District Court. *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999). The deadline for objections is May 29, 2008. *See* W.D. Okla. LCvR 72.1. The failure to timely object to this report and recommendation would waive one's right to

appellate review of the suggested ruling. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 9th day of May, 2008.

Robert E. Bacharach
United States Magistrate Judge