IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN H. GORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-1165-F |
| ) | |
| C/O WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## **Report and Recommendation**

The Plaintiff has filed a motion for a default judgment (Doc. 53) and a motion for an order "granting relief" (Doc. 51). In essence, the latter motion consists of a duplicative request for a default judgment. Both motions are based on the Plaintiff's mistaken belief that a waiver form was signed on October 29, 2007. Doc. 51. It was not, as the Court has explained on numerous occasions. The undersigned recommends denial of the motions for the reasons previously given. *See* Docs. 21, 34, 35.

The parties have the right to object to this report and recommendation. *See* 28 U.S.C. § 636(b)(1) (2000); W.D. Okla. LCvR 72.1. Any such objection must be filed with the Court Clerk for the United States District Court. *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999). The deadline for objections is June 11, 2008. *See* W.D. Okla. LCvR 72.1. The failure to timely object to this report and recommendation would waive one's right to appellate review of the suggested ruling. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 21st day of May, 2008.

_____
Robert E. Bacharach
United States Magistrate Judge