## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

GLENN H. GORTON,                           )
                                           )
     Plaintiff,                           )
                                           )
vs.                                        )     Case No. CIV-07-1165-F
                                           )
C/O WILLIAMS,                              )
                                           )
     Defendant.                           )

## ORDER

Plaintiff, a prisoner appearing *pro se* and whose pleadings are liberally construed, has filed a number of motions, each of which is the subject of a Report and Recommendation submitted to this court by Magistrate Judge Robert E. Bacharach ("Reports").

In each of the Reports, plaintiff was advised of his right to file an objection to each Report, and of the fact that failure to timely object would waive the right to appellate review of the suggested ruling. Plaintiff has filed an objection to many, but not to all, of the Reports now before the court. The court has reviewed all objected to matters *de novo*, as required by 28 U.S.C. §636(b)(1).

Having concluded that review, and after careful consideration of plaintiff's objections to the Reports, the record, and the relevant authorities, the court finds that it agrees with all matters recommended in the Reports of Magistrate Judge Bacharach and that no purpose would be served by stating any further analysis here.

Accordingly, all of plaintiff's objections filed to any of the Reports listed below are hereby **DENIED**. Each of the motions addressed in each of the listed Reports are **DENIED** for the reasons stated by the Magistrate Judge. The following Reports of

Magistrate Judge Bacharach are hereby **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in their entirety:

– Report and Recommendation (doc. no. 24) filed March 10, 2008, recommending denial of plaintiff's motion for default judgment (doc. no. 20), which motion is hereby **DENIED**;

– Report and Recommendation (doc. no. 25), filed March 11, 2008, recommending denial of plaintiff's motion for entry of judgment for the failure to conduct an interview (doc. no. 12), which motion is hereby **DENIED**;

– Report and Recommendation (doc. no. 34), filed April 1, 2008, recommending denial, again, of plaintiff's motion for entry of judgment for the failure to conduct an interview (doc. no. 30), which motion is hereby **DENIED**;

– Report and Recommendation (doc. no. 35), filed April 3, 2008, recommending denial of three new motions for default judgment filed by the plaintiff (doc. nos. 22, 29, 31), which motions are hereby **DENIED**;

– Report and Recommendation (doc. no. 42), filed April 15, 2008, recommending denial of plaintiff's motion entitled "Motion for Refusal of Legal Services..." (doc. no. 36), which motion is hereby **DENIED**;

– Report and Recommendation (doc. no. 50), filed May 9, 2008, recommending denial of plaintiff's motion for a protective order (doc. no. 3), which motion is **DENIED** as moot; and

– Report and Recommendation (doc. no. 59), filed May 21, 2008, recommending denial of another motion filed by plaintiff seeking default judgment (doc. no. 53) and also recommending denial of a motion by plaintiff seeking an order "granting relief" (doc. no. 51), both of which motions are hereby **DENIED**.

This order does not terminate the referral.  This action remains referred under the original terms of the referral.

Dated this 27th day of June, 2008.


_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


07-1165p003.wpd