IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN H. GORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-1165-F |
| ) | |
| C/O WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

The Plaintiff requests "judgment" against the Lawton Correctional Facility and Floyd Fry for denial of legal services and materials.  Docs. 48, 56, 61.  These requests should be denied, as Mr. Gorton has not sued the Lawton Correctional Facility or Mr. Fry in the present suit.  *See* Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 at p. 1 (Oct. 17, 2007) (naming only C/O Williams as a defendant).  In these circumstances, the Court cannot enter judgment against the facility or Mr. Fry and the undersigned recommends denial of Mr. Gorton's requests.

The parties have the right to object to this report and recommendation. *See* 28 U.S.C. § 636(b)(1) (2000); W.D. Okla. LCvR 72.1.  Any such objection must be filed with the Court Clerk for the United States District Court.  *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999).  The deadline for objections is July 18, 2008.  *See* W.D. Okla. LCvR 72.1. The failure to timely object to this report and recommendation would waive one's right to

appellate review of the suggested ruling. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 27th day of June, 2008.

_____
Robert E. Bacharach
United States Magistrate Judge