# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN H. GORTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-07-1165-F |
| | ) |
| C/O WILLIAMS, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff Glenn H. Gorton, a prisoner appearing *pro se* and *in forma pauperis* whose pleadings are liberally construed, sues under federal law.

Three Reports and Recommendations of Magistrate Judge Robert E. Bacharach are before the court: the Report and Recommendation of June 27, 2008 (doc. no. 67); and two Reports and Recommendations of July 7, 2008 (doc. nos. 68, 69). (The three Reports are collectively referred to in this order as "the Reports.")[1] In the Report at doc. no. 67, the Magistrate Judge recommends that plaintiff's requests for judgment against the Lawton Correctional Facility and Floyd Fry (doc. nos. 48, 56, 61) be denied. In the Report at doc. no. 68, the Magistrate Judge recommends that plaintiff's motion for retaliation (doc. no. 45) be construed as a motion for a preliminary injunction and that relief be denied. In the Report at doc. no. 69, the Magistrate Judge

---

[1] Before addressing the Reports, the court notes that after the termination of the referral, plaintiff filed a "Motion for Injunction for Lawton Correctional Facility" (doc. no. 71). The motion seeks "to make Lawton Correctional Facility Law Library supply all the needed state and federal statute[s], case laws ... [and Department of Corrections and Lawton Correctional Facility ] policies needed to do any and all legal and departmental cases." No response was filed. The motion does not meet the requirements for injunctive relief, and plaintiff has not shown he was hindered in this litigation due to denial of access to legal materials. Plaintiff's "Motion for Injunction for Lawton Correctional Facility" is **DENIED**.

recommends that defendant Williams' motion for summary judgment (doc. no. 39) be granted based on a failure to exhaust administrative remedies.

Plaintiff has objected to each of the three Reports. As required by 28 U.S.C. §636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the record, and the relevant authorities, the court finds that it agrees with each of the Reports of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Reports are **DENIED**, and the Reports of Magistrate Judge Bacharach are each **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in their entirety. Plaintiff's requests for judgment against the Lawton Correctional Facility and Floyd Fry are **DENIED**. Plaintiff's motion for retaliation construed as a motion for preliminary injunction is **DENIED**. Defendant Williams' motion for summary judgment (doc. no. 39) is **GRANTED**.

Dated this 12th day of August, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1165p006.wpd